UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

05 SEP 22 AM 11: 32

OFFICE OF THE CLERK

IN THE MATTER OF )
UNCLAIMED MONEYS )

ORDER

The court's records show that there is on deposit money collected as restitution. No activity has occurred in these accounts for more than one year, and the court is unable to locate the victims or the defendants listed in the associated Judgment and Commitment Orders. These cases are:

| CASE NO. | TITLE | AMOUNT |
|---|---|---|
| 8:01CR98 | USA V Thomas Barrett | $ 100.00 |
| 8:89CR11 | USA V Lawrence Cook | $ 25.00 |
| 8:98CR10 | USA V Michael James | $ 159.81 |
| 8:04CR409 | USA V Louis Kohll | $ 277.00 |
| 8:86CR15 | USA V James Pounds | $1,272.67 |
| 8:96CR68 | USA V Terry L Scott | $ 45.00 |
| 8:95CR125 | USA V Frank Srock | $2,205.68 |
| | | $4,085.16 |
| 8:02CR315 | USA V Jeffrey Jackson | $ .75 |
| 8:00CR319 | USA V Shawn Bina | $ 10.89 |
| 8:00CR336 | USA V Larne Lemanton | $ 24.29 |
| 8:93CR81 | USA V Richard Vanackeran | $ 4.61 |
| | | $ 40.54 |

IT IS ORDERED THAT pursuant to the Treasury Financial Manual, the Clerk of the Court transfer from Deposit Fund 6855XX and credit of the United States the following amounts:

1. To U.S. Treasury Fund 613300, the sum of $4,085.16; and

2. To U.S. Treasury Fund 106600, the sum of $40.54.

DATED THIS 22nd Day of September 2005

BY THE COURT:

JOSEPH F. BATAILLON, CHIEF JUDGE
U. S. DISTRICT COURT